# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| **Luis Ordonez-Vega,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:23-cv-00666-RJC |
| | ) | 3:15-cr-00121-RJC-SCR |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 1, 2023 Order.

December 1, 2023

Katherine Hord Simon, Clerk
United States District Court